# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 38363

STATE OF IDAHO,

    Plaintiff-Respondent,

v.

GABRIEL FLORES,

    Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)

2011 Unpublished Opinion No. 754

Filed: December 21, 2011

Stephen W. Kenyon, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Thomas J. Ryan, District Judge.

Judgment of conviction and concurrent unified sentences of fifteen years, with minimum periods of confinement of seven and one-half years, for aggravated battery and attempted strangulation, affirmed.

Molly J. Huskey, State Appellate Public Defender; Spencer J. Hahn, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Jessica M. Lorello, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge; GUTIERREZ, Judge;
and MELANSON, Judge

_____

PER CURIAM

Gabriel Flores was convicted of aggravated battery, Idaho Code §§ 18-903(b), 18-907(a), and attempted strangulation, I.C. § 18-923. The district court sentenced Flores to concurrent unified sentences of fifteen years, with minimum periods of confinement of seven and one-half years. Flores appeals, contending that his sentences are excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Flores's judgment of conviction and sentences are affirmed.